ACCEPTED
12-14-00125-cr
TWELFTH COURT OF APPEALS
TYLER, TEXAS
1/29/2015 3:17:43 PM
CATHY LUSK
CLERK

## CAUSE NO. 12-14-00125-CR

| | | |
|---|---|---|
| JEFFEREY DOCK WRIGHT | § | IN THE COURT OF APPEALS |
| | § | |
| | § | |
| V. | § | 12th JUDICIAL DISTRICT |
| | § | |
| | § | |
| THE STATE OF TEXAS | § | TYLER, TEXAS |

12th COURT OF APPEALS
TYLER, TEXAS
1/29/2015 3:17:43 PM
CATHY S. LUSK
Clerk

## STATE'S FINAL MOTION FOR EXTENSION OF TIME FOR LATE FILING OF THE STATE'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Comes now the STATE OF TEXAS, and presents its Motion for Extension of Time for Filing of the State's Brief in the above causes, and in support of this motion, would show the Honorable Court the following:

A.  The case was originally disposed of by a jury trial in the 241st District Court of Smith County, Texas, the Honorable Jack Skeen Jr., judge presiding.

B.  The trial court cause number was 241-1880-13, and the case was styled *The State of Texas v. Jefferey Dock Wright.*

C.  Appellant was convicted of the offense of Possession of a Controlled Substance.

D.  The jury assessed punishment at ten (10) years in confinement in the Texas Department of Criminal Justice and no fine.

E.  On Decmber 15, 2014, Appellant filed a brief. The State's brief was due to be filed in the Court on or before January 14, 2015.

F.  There has been one extension of time granted for the filing of Appellant's brief. There have been no prior extensions requested or granted for the filing of the State's brief.

G.    Pursuant to T.R.A.P. 10.5 (b), the State is seeking the Court's indulgence to order an extension of fifteen (15) days to allow the State an opportunity for timely filing its brief on or before January 29, 2015.

H.    The facts relied upon to support this request are as follows:

I, Michael West, the undersigned Assistant Criminal District Attorney, am responsible for the Appellate Division in the office. We have been short by one attorney in my division for over a year now and it was incredibly busy over the last two months. Since the date of the filing of Appellant's brief, I have had to re-direct my attention to completing the following State's responses and preparing for the following evidentiary hearings:

1.    12-14-00011-CR, *Scott v. State*, State's response brief completed on 12/17/14.

2.    241-0526-12-B, *Ex parte Dixon*, State's answer completed on 12/18/14.

3.    114-0218-07-A, *Ex parte Green*, State's proposed Findings of Fact and Conclusions of Law completed on 12/19/14.

4.    The undersigned had vacation time scheduled for the Christmas holiday from 12/22/14 through 12/26/14.

5.    114-0760-13-A, *Ex parte Roberson*, State's answer completed on 12/29/14.

6.    114-0107-12-A, *Ex parte Burks*, State's answer completed on 12/30/14.

7.    007-1820-03-C, *Ex parte Cumbee*, State's answer completed on 12/30/14.

8.    114-0163-13-A, *Ex parte Williams*, State's supplemental answer completed on 12/31/14.

9.    241-0010-13-A, *Ex parte Cain*, State's answer completed on 01/02/15.

10.   241-0085-06-B, *Ex parte Waddleton*, State's answer completed on 01/02/15.

11.   12-14-00205-CR, *Lusk v. State*, State's response brief completed on 01/06/15.

12. 241-0997-12-A, *Ex parte Brunelle*, State's answer completed on 01/07/15.

13. 241-1774-10-A, *Ex parte Dean*, State's answer completed on 01/07/15

14. 241-2620-06-A, *Ex parte Gray*, State's answer completed on 01/08/15.

15. 241-2621-06-A, *Ex parte Gray*, State's answer completed on 01/08/15.

16. 241-2621-06-A, *Ex parte Gray*, State's answer completed on 01/08/15.

17. 12-14-00077-CR, *Moore v. State*, State's response brief completed on 01/09/15.

18. 007-80287-98-D, *Ex parte Wheeler*, State's answer completed on 01/12/15.

19. 114-80305-97, *Ladd v. State*, State's response to Petition for Clemency completed on 01/13/15.

19. 12-14-00090-CR, *Romero v. State*, State's response brief completed on 01/16/15.

20. 114-80305-97-C, *Ex parte Ladd*, State's Motion to Dismiss Subsequent Art. 11.071 Writ Application and Request for Stay of Execution completed on 01/22/15.

21. 12-14-00219-CR, *Kennedy v. State*, State's response brief completed on 01/23/15.

22. 114-1138-10-A, *Ex parte Bledsoe*, State's answer completed on 01/26/15.

I. In addition to the appellate/trial matters listed above, I am daily called upon to research issues arising at trial, to answer questions from law enforcement, or to assist in the preparation and or presentation of grand jury indictments.

J. This motion is not being filed purely for purposes of delay, but rather to allow the State to timely respond to the arguments in Appellant's brief. No further delay will be necessitated by this motion as the State's brief was electronically filed with the Court before this motion.

K.    The State has a great interest in affirming the judgement of the 114th District Court in this case.

**WHEREFORE**, this request is respectfully made that the Court grant the State the opportunity of filing its brief on or before January 29, 2015.

Respectfully submitted

Michael J. West, SBN: 21203300
Assistant Criminal District Attorney
Smith County, Texas
100 N. Broadway, 4th Fl.
Tyler, Texas 75702
(903) 590-1720
(903) 590-1719 (fax)
mwest@smith-county.com

## VERIFICATION

STATE OF TEXAS

SMITH COUNTY, TEXAS

BEFORE ME, the undersigned authority, a notary public in and for the State of Texas, on ___January 29, 2015___, personally appeared ___Michael West___, representing the State of Texas as Assistant Criminal District Attorney in the above captioned cause, and having been by me first duly sworn, stated that the facts set out in this motion are within his personal knowledge and are true and correct.

NOTARY PUBLIC - State of Texas



KYLE WADE BENSO
Notary Public
State of Texas
My Comm. Expires 10-03-2015

## CERTIFICATE OF SERVICE

On _____January 29, 2015_____, at true and complete copy of this instrument was served via electronic filing upon:

Mr. James Huggler
Attorney at Law
100 E. Ferguson, Ste. 805
Tyler, Texas 75702

Michael J. West, SBN: 21203300
Assistant Criminal District Attorney
Smith County, Texas
100 N. Broadway, 4th Fl.
Tyler, Texas 75702
(903) 590-1720
(903) 590-1719 (fax)